AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**ARTHUR REYHER**<br><br>_____<br>*Defendant* | ) Case: 1:23-mj-00054<br>) Assigned To : Harvey, G. Michael<br>) Assign. Date : 3/8/2023<br>) Description: Complaint W/ Arrest Warrant<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ARTHUR REYHER                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment     ❒ Superseding Indictment     ❒ Information     ❒ Superseding Information     ☒ Complaint
❒ Probation Violation Petition     ❒ Supervised Release Violation Petition     ❒ Violation Notice     ❒ Order of the Court

This offense is briefly described as follows:

ARTHUR REYHER Charges:
18 U.S.C. § 231(a)(3) - Civil Disorder;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(E) - Obstruct, or Impede Passage, through or within, the Grounds or any of the
Capitol Buildings;
40 U.S.C. § 5104(e)(2)(F) - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings.

G. Michael   Digitally signed by
             G. Michael Harvey
Harvey       Date: 2023.03.08
             13:27:03 -05'00'

Date:        03/08/2023                        _____
                                                     *Issuing officer's signature*

City and state:        Washington, D.C.        G. Michael Harvey, U.S. Magistrate Judge
                                                     *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3-8-2023 , and the person was arrested on *(date)* 3-15-2023<br>at *(city and state)* INDIANAPOLIS, INDIANA.<br><br>Date: 3-15-2023                    GEORGE PAZ<br>                                         *Arresting officer's signature*<br><br>                                SA GEORGE PAZ, FBI<br>                                         *Printed name and title* |