## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )    Criminal Action No. 23-138-5 (RBW) |
| | ) |
| ARTHUR REYHER, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the defendant's Motion to Vacate Judgment, ECF No. 294, it is hereby

**ORDERED** that the defendant's Motion to Vacate Judgment, ECF No. 294, is **DENIED WITHOUT PREJUDICE**. The defendant has not provided a legal basis for his motion, beyond the Executive Order dated January 20, 2025, granting pardons for offenses related to the events of January 6, 2021, at the United States Capitol (the "Executive Order"). While the Court has granted the government's motions to dismiss cases involving conduct pardoned by the President in his Executive Order, the Court has not vacated the judgments in those cases and declines to do so here without support for the position that a pardon warrants vacatur of a criminal judgment resulting from a conviction based on a guilty plea.

**SO ORDERED** this 25th day of February, 2025.

REGGIE B. WALTON
United States District Judge